UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| William W. Knighton | : | |
| Cindra A. Knighton | : | CASE NO. 11-56229 |
| | : | |
| | : | |
| DEBTOR(S), | : | JUDGE CALDWELL |

## NOTICE OF CHANGE OF ADDRESS

The undersigned attorney for the Debtor states that all correspondence regarding this case should be forwarded to the following address, effective immediately.

2454 Seville St.
Lancaster, OH 43130-1269

Dated: April 21, 2016

*/s/Tad A. Semons*
Tad A. Semons #0069743
Attorney for Debtor
85 E. Gay St., Ste. 903
Columbus, OH 43215
614-228-1930
tadsemons@att.net